

VALDEZ-DE LA PAZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 02–8841. BULLOCK *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 02–8842. ALAMILLA-HERNANDEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 02–8844. ACOSTA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 02–8851. MIRANDA-RAMIREZ *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 02–8854. LOPEZ *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 02–8873. WINGATE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–8881. HARRIS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 02–8882. HOPPE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 02–8883. CARSAREZ HERRERA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 02–8884. HERNANDEZ-ABREGO *v.* UNITED STATES (Reported below: 54 Fed. Appx. 408); MARTINEZ-MONTES *v.* UNITED STATES (54 Fed. Appx. 409); BARRERA-MORALES *v.* UNITED STATES (54 Fed. Appx. 408); CHAVEZ-JACINTO *v.* UNITED STATES (54 Fed. Appx. 407); MARROQUIN-ALCANTARA *v.* UNITED STATES (54 Fed. Appx. 407); GARCIA-MATA *v.* UNITED STATES (54 Fed. Appx. 409); CRUZ-SOTO *v.* UNITED STATES (54 Fed. Appx. 407); ESTRADA-AGUIRRE, AKA SOLORZANO-JOAQUIN *v.* UNITED STATES (54 Fed. Appx. 407); HERNANDEZ-NAJERA *v.* UNITED STATES (54 Fed. Appx. 414); MENDEZ-PAIZ *v.* UNITED STATES (54 Fed. Appx. 591); and REYES-GOMEZ *v.* UNITED STATES (54 Fed. Appx. 591). C. A. 5th Cir. Certiorari denied.

No. 02–8891. MEAIS, AKA BROWN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.